

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2019

No. 04-19-00464-CR

Troy David **CAMPEAU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 16-755-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The reporter's record was due August 12, 2019. On August 8, 2019, Kelly Grossman, the court reporter responsible for filing the reporter's record, filed a notification of late reporter's record requesting an extension to October 8, 2019. We grant her request and ORDER her to file the reporter's record on or before October 8, 2019. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court